UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON GONZALES, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. **16 C 7915** |
| | ) | |
| MICHAEL J. MADIGAN, FRIENDS OF | ) | Judge Matthew F. |
| MICHAEL J. MADIGAN, 13TH WARD DEMO- | ) | Kennelly |
| CRATIC ORGANIZATION, PRISONER REVIEW | ) | |
| BOARD, SHAW DECREMER, SILVANA | ) | |
| TABARES, RAY HANANIA, JOE BARBOSA | ) | |
| and GRASIELA RODRIGUEZ, | ) | |
| | ) | |
| *Defendants.* | ) | |

<u>STIPULATION REGARDING THE PARTIES RULE 26(A)(1) DISCLOSURES</u>

NOW COME Defendants Michael J. Madigan, Friends of Michael J. Madigan, 13th Ward Democratic Organization, Shaw Decremer, Silvana Tabares, Ray Hanania, Joe Barbosa, and Grasiela Rodriguez (collectively "Defendants"), and Plaintiff Jason Gonzales, and for their Stipulation Regarding the Parties Rule 26(a)(1) Disclosures state as follows:

1. On August 5, 2016, Plaintiff filed his 39-count complaint against Defendants. Plaintiff's claims involve allegations of constitutional violations committed by individuals purportedly acting under color of state law.

2.      The initial status hearing in this case was scheduled for September 30, 2016.

3.      Pursuant to the Court's standing order, the parties conferred on a discovery plan in advance of the status hearing. When Defendants indicated their intent to file a motion to dismiss, the parties agreed to postpone Rule 26(a)(1) discovery while the motion was pending.

4.      At the status hearing, the parties informed the Court that Defendants would be moving for dismissal of the federal claims on threshold legal issues, including whether the Defendants were acting under color of state law when allegedly engaging in the complained-of activity.

5.      Although not addressed directly at the status hearing, the parties continued to agree that Rule 26(a)(1) discovery should not be conducted during the pendency of Defendants' motions and focused the discussion on the briefing schedule.

6.      Pursuant to Rule 26(a)(1)(A), the parties now file this stipulation to memorialize their understanding and agreement that Rule 26(a)(1) disclosures and related discovery is postponed during the pendency of the motion to dismiss.

7.      While this stipulation represents an agreement among the parties to postpone discovery, they will proceed as the Court deems appropriate. Currently, no further status hearing is scheduled.

WHEREFORE, Defendants respectfully request that this Honorable Court accept and enter the Stipulation Regarding the Parties Rule 26(a)(1) Disclosures.

Respectfully submitted,

*/s/ Adam R. Vaught*
Adam R. Vaught

J. William Roberts
Robert T. Shannon
Joel D. Bertocchi
Adam R. Vaught
Gretchen Harris Sperry
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
Telephone: 312-704-3000
avaught@hinshawlaw.com
*Attorneys for Michael J. Madigan
in his individual capacity*

Michael J. Kasper
222 North LaSalle,
Suite 300
Chicago, IL 60601
312-704-3292
mjkasper60@mac.com
*Attorney for Friends of Michael J. Madigan
and 13th Ward Democratic Organization*

Richard J. Prendergast
Michael T. Layden
RICHARD J. PRENDERGAST, LTD.
111 West Washington,
Suite 1100
Chicago, IL 60602
312-641-0881
rprendergast@rjpltd.com
*Attorneys for Silvana Tabares
in her individual capacity*

James P. Nally
Law Office of James P. Nally, P.C.
8 S. Michigan Ave. Suite 3500
Chicago, IL 60603
jpnlaw@att.net
*Attorney for Joe Barbosa*

Heather Wier
Special Assistant Attorney General
Office of the Speaker
160 N. LaSalle St. 6th Floor
Chicago, IL
Telephone: 312-814-4890
Hwier@hds.ilga.gov
*Attorney for Michael J. Madigan and
Silvana Tabares in their official capacity*

Michael Kreloff
Law Offices of Michael Kreloff
1926 Waukegan Road #310
Glenview, IL 60025
Telephone: 847-525-1139
Facsimile: 847-486-0230
capitolaction@yahoo.com
*Attorneys for Shaw Decremer*

Michael T. Del Galdo
K. Austin Zimmer
Joseph A. Giambrone
Del Galdo Law Group, LLC
1441 S. Harlem Avenue
Berwyn, IL 60402
Telephone: 708-222-7000
Facsimile: 708-222-7001
delgaldo@dlglawgroup.com
*Attorneys for Ray Hanania*

Scott B. Erdman
Law Office of Scott B Erdman
8 S. Michigan Ave. Suite 3500
Chicago, IL 60603
ScottErdman@ErdmanLawOffices.com
*Attorney for Grasiela Rodriguez*

DECLARATION

The undersigned states that the facts set forth in this motion are true and correct to the best of his knowledge.

*/s/ Adam R. Vaught*

CERTIFICATE OF SERVICE

I certify that on January 3, 2017, the preceding document was filed electronically with the Court using the CMF/ECF system, which will accomplish service on all counsel of record.

*/s/ Adam R. Vaught*