UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Jason Gonzalez

                              Plaintiff,

v.                                                                           Case No.: 1:16–cv–07915
                                                                        Honorable Matthew F. Kennelly

Michael J. Madigan, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 19, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: When the Illinois Special Legislative Inspector General submitted for in camera inspection by the Court documents that had been subpoenaed by the plaintiff in this case, the documents, which were contained in 3 binders, were accompanied by a 6–page letter from an Illinois Assistant Attorney General. As indicated in a previous entry by the Court, when the Court reviewed this letter – which discusses the documents in some detail – it was not clear whether the letter had been sent to counsel in this case, and the letter did not disclose on its face that it was submitted ex parte, i.e. without notice to the parties in the case. In addition, it appeared to the Court that some of the documents submitted for in camera inspection had been sent to the Inspector General by defendant Madigan or his representatives and that others had been sent by the Inspector General to defendant Madigan or his representatives. This, however, was likewise unclear from the documents themselves or from the AAG's letter. This is why the Court entered the order dated 4/16/2018, asking for further clarification. Yesterday, the Inspector General, via the AAG, filed a response to the Court's order in the public record. Today, however (coincidentally, about 10 minutes after a status hearing in this case), a second letter, this one <u>expressly</u> submitted ex parte, was delivered to the Court by the AAG representing the Inspector General. This letter contains what the Court understands to be argument regarding the confidential nature of some of the materials. It also makes clear that the prior letter was, in fact, submitted ex parte, i.e. only to the Court without notice to the other parties. Both of these letters were unsolicited; in other words, the Court did not request any in camera submissions other than the documents themselves. And in the Court's view, it was and is inappropriate for the Inspector General to submit what amounts to unsolicited ex parte argument on a pending disputed matter. The Court orders as follows: (1) The Inspector General's counsel, AAG Sunil Bhave, is directed to immediately provide to counsel of record in this case a copy of the 1 1/2 page letter delivered unsolicited to the Court today. The letter, contrary to what it says, does not appear to contain <u>any</u> "details regarding the confidential and privileged documents." Rather, it contains only the dates and authors of certain documents, as well as a brief discussion of certain state statutes and a reference to the fact that one or more of the documents was sent to defendant Madigan. (2) The Inspector General is barred from making any further unsolicited ex parte or in camera submissions. (3) The case is set for a hearing in court on 5/2/2018 at 9:30 AM. The

Inspector General is ordered to appear by counsel and show cause why the previously−sent 6−page letter should not be provided to the other parties, and why the Inspector General should not be required to produce a privilege log under Fed. R. Civ. P. 45(e)(2). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.