# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Jason Gonzalez

                                        Plaintiff,

v.                                                      Case No.: 1:16–cv–07915
                                                        Honorable Matthew F. Kennelly

Michael J. Madigan, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 2, 2018:

     MINUTE entry before the Honorable Matthew F. Kennelly: Show cause hearing held on 5/2/2018. Legislative Inspector General is directed to provide privilege log to the parties and to the Court as described in open court by 5/9/2018. Any motions arguing waiver of privilege are to be filed by 5/16/2018. The 5/9/2018 and 5/24/2018 status hearing remain as previously scheduled. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.