UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Jason Gonzalez
                        Plaintiff,

v.                                          Case No.: 1:16−cv−07915
                                               Honorable Matthew F. Kennelly

Michael J. Madigan, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 24, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 5/24/2018. Any replies to response to motion to quash [118] due by 5/31/2018; ruling set for 6/7/2018 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.