UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jason Gonzalez

                      Plaintiff,

v.                                       Case No.: 1:16–cv–07915
                                              Honorable Matthew F. Kennelly

Michael J. Madigan, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 16, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held with attorneys for all parties. Plaintiff may take depositions of no more than 5 additional Madigan petition circulators. Other Plaintiff's depositions as listed in the status report are approved. Status hearing continued to 8/13/2018 at 8:45 a.m. Motions to quash [113], [114] are terminated as moot. Order to show cause regarding Mr. Nally, dated 7/5/2018, is vacated Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.