UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON GONZALES, </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL J. MADIGAN, FRIENDS OF MICHAEL J. MADIGAN, 13TH WARD DEMOCRATIC ORGANIZATION, SHAW DECREMER, SILVANA TABARES, JOE BARBOSA, and GRASIELA RODRIGUEZ, </br></br> Defendants. | Case No. 16-CV-7915 </br></br> Judge: Matthew F. Kennelly |

**DEFENDANTS' AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), Defendants, MICHAEL J. MADIGAN, FRIENDS OF MICHAEL J. MADIGAN, 13TH WARD DEMOCRATIC ORGANIZATION, SHAW DECREMER, SILVANA TABARES, JOE BARBOSA, and GRASIELA RODRIGUEZ (collectively hereinafter "Defendants"), by and through their undersigned attorneys, respectfully move this Honorable Court, pursuant to Federal Rule of Civil Procedure 26(c), for entry of Defendants' Agreed Protective Order to govern the deposition of Defendant Michael J. Madigan, and the audio and audiovisual recording of the deposition, and, in support thereof, Defendants state as follows:

1. The deposition of Defendant Michael J. Madigan is scheduled to proceed at Hinshaw & Culbertson on September 13, 2018 at 11:00 a.m.

2. Plaintiff's motions to strike Defendants' first and second affirmative defenses are noticed for tomorrow, September 12, 2018, at 9:30 a.m.

3. The parties have come to an agreement as to the scope of the deposition of Defendant Michael J. Madigan as well as the use of the audio and audiovisual recording of the deposition, including copies, excerpts, summaries, or descriptions.

4. Pursuant to this Court's standing order, Defendants electronically submitted their agreed proposed protective order to the Court.

5. Federal Rule of Civil Procedure 26(c)(1) allows this Court, for good cause, to issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including forbidding inquiry into certain matters, and/or limiting the scope of disclosure or discovery to certain matters, and/or requiring that a deposition be sealed and opened only on court order. The Supreme Court has recognized that Fed. R. Civ. P. 26(c) allows for protection from annoyance and embarrassment, and while Rule 26(c) does not contain a specific reference to privacy, privacy is "implicit in the broad purpose and language of the Rule." *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 33 (1984) at 35, n.21.

6. Additional protections are needed in this matter because of Defendant Michael J. Madigan's position as Speaker of the Illinois House of Representatives. The Seventh Circuit recognizes that depositions of public officials "create unique concerns." *Stagman v. Ryan*, 176 F.3d 986, 994-95 (7th Cir. 1999). Additionally, the First Amendment protects internal party communications from disclosure in discovery as compelled disclosure seriously burdens party members' associational rights. *See, e.g., Perry v. Schwarzenegger*, 591 F.3d 1147, 1162-63 (9th Cir. 2010); *City of Greenville v. Syngenta Crop Protection, Inc.*, Nos. 11-mc-10; 11-mc-1031; 11-mc-1032, 2011 U.S. Dist. LEXIS 124453, at *21-23 (C.D. Ill. Oct. 27, 2011).

7. Further, Federal Rule of Civil Procedure 26(b)(1) limits the scope of discovery to any non-privileged matter that is relevant to any party's claim or defense and proportional to the

needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

      8.      Therefore, Defendants request entry of their proposed agreed protective order.

      9.      Plaintiff is in agreement with Defendants' proposed protective order.

WHEREFORE, Defendants respectfully request that this Honorable Court enter their proposed protective order and for any further relief this Court deems appropriate.

Date: August 11, 2018

Respectfully submitted,

DEFENDANT MICHAEL J. MADIGAN,

By: /s/ *Vincent Michael Rizzo*
One of his attorneys

Robert T. Shannon
Adam R. Vaught
Vincent M. Rizzo
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Telephone: 312-704-3000
vrizzo@hinshawlaw.com
*Attorneys for Michael J. Madigan*