IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JASON GONZALES,                              )
                                             )
              Plaintiff,                     )
                                             )
v.                                           )
                                             )        Case No. 1:16-CV-07915
MICHAEL   J.   MADIGAN,   FRIENDS   OF       )
MICHAEL   J.   MADIGAN,   13TH    WARD       )        Judge Matthew F. Kennelly
DEMOCRATIC    ORGANIZATION,    SHAW          )
DECREMER,  SILVANA  TABARES,  JOE            )
BARBOSA, and GRASIELA RODRIGUEZ,             )
                                             )
              Defendants.                    )
                                             )
                                             )
                                             )

### AFFIDAVIT OF DAVID W. FOLEY

I, David W. Foley, in response to Plaintiff Jason Gonzales' deposition subpoena commanding him to produce any responsive documents, being duly sworn under oath, on penalty of perjury, state as follows:

1.   I am over the age of 18 and am of sound mind.

2.   I am the person named in the subpoena served by Plaintiff in this matter.

3.   I have searched my personal files, my computer programs and databases, my email accounts, my social media accounts, and all places in which I keep documents and have not located any documents sought by the subpoena.

4.   I do not have any responsive documents regarding Jason Gonzales, Michael J. Madigan, Friends of Michael J. Madigan, 13th Ward Democratic Organization, Shaw Decremer, Silvana Tabares, Ray Hanania, Joe Barboza, Grasiela Rodriguez, and/or relating to the 2016 primary elections.

302569081v1 1002097

5.    I have had the opportunity to fully review the contents of this Affidavit and have been allowed to make any corrections. This Affidavit is a true and accurate.

FURTHER AFFIANT SAYETH NAUGHT.

David W. Foley

Subscribed and sworn to before me this 23rd
Day of September 2018.

Notary Public

"OFFICIAL SEAL"
MOEEN ZAHDAN
Notary Public, State of Illinois
My Commission Expires 12/09/2018

2

302569081v1 1002097

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON GONZALES,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL J. MADIGAN, FRIENDS OF MICHAEL J. MADIGAN, 13TH WARD DEMOCRATIC ORGANIZATION, SHAW DECREMER, SILVANA TABARES, JOE BARBOSA, and GRASIELA RODRIGUEZ,<br><br>       Defendants. | Case No. 1:16-CV-07915<br><br>Judge Matthew F. Kennelly |

### AFFIDAVIT OF DONALD G. O'CONNELL

I, Donald G. O'Connell, in response to Plaintiff Jason Gonzales' deposition subpoena commanding him to produce any responsive documents, being duly sworn under oath, on penalty of perjury, state as follows:

1. I am over the age of 18 and am of sound mind.

2. I am the person named in the subpoena served by Plaintiff in this matter.

3. I have searched my personal files, my computer programs and databases, my email accounts, my social media accounts, and all places in which I keep documents and have not located any documents sought by the subpoena.

4. I do not have any responsive documents regarding Jason Gonzales, Michael J. Madigan, Friends of Michael J. Madigan, 13th Ward Democratic Organization, Shaw Decremer, Silvana Tabares, Ray Hanania, Joe Barboza, Grasiela Rodriguez, and/or relating to the 2016 primary elections.

3

5.    I have had the opportunity to fully review the contents of this Affidavit and have been allowed to make any corrections. This Affidavit is a true and accurate.


FURTHER AFFIANT SAYETH NAUGHT.

Donald G. O'Connell

Subscribed and sworn to before me this 22nd
Day of September 2018.

Notary Public

```
++++++++++++++++++++++++++++
+        "OFFICIAL SEAL"        +
+        MOEEN ZAHDAN          +
+  Notary Public, State of Illinois +
+ My Commission Expires 12/09/2018 +
++++++++++++++++++++++++++++
```

4

302569081v1 1002097

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JASON GONZALES,

        Plaintiff,

v.

MICHAEL J. MADIGAN, FRIENDS OF
MICHAEL J. MADIGAN, 13TH WARD
DEMOCRATIC ORGANIZATION, SHAW
DECREMER, SILVANA TABARES, JOE
BARBOSA, and GRASIELA RODRIGUEZ,

        Defendants.

Case No. 1:16-CV-07915

Judge Matthew F. Kennelly

## AFFIDAVIT OF THOMAS SISKA

I, Thomas Siska, in response to Plaintiff Jason Gonzales' deposition subpoena commanding him to produce any responsive documents, being duly sworn under oath, on penalty of perjury, state as follows:

1.     I am over the age of 18 and am of sound mind.

2.     I am the person named in the subpoena served by Plaintiff in this matter.

3.     I have searched my personal files, my computer programs and databases, my email accounts, my social media accounts, and all places in which I keep documents and have not located any documents sought by the subpoena.

4.     I do not have any responsive documents regarding Jason Gonzales, Michael J. Madigan, Friends of Michael J. Madigan, 13th Ward Democratic Organization, Shaw Decremer, Silvana Tabares, Ray Hanania, Joe Barboza, Grasiela Rodriguez, and/or relating to the 2016 primary elections.

302569081v1 1002097

5.    I have had the opportunity to fully review the contents of this Affidavit and have been allowed to make any corrections.  This Affidavit is a true and accurate.


FURTHER AFFIANT SAYETH NAUGHT.

_____
Thomas Siska

Subscribed and sworn to before me this 23rd
Day of September 2018.

_____
Notary Public

```
♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦
♦   "OFFICIAL SEAL"        ♦
♦    MOEEN ZAHDAN          ♦
♦  Notary Public, State of Illinois  ♦
♦ My Commission Expires 12/09/2018 ♦
♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦
```

6

302569081v1 1002097