IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON GONZALES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 C 7915 |
| | ) | |
| v. | ) | Judge Matthew J. Kennelly |
| | ) | |
| MICHAEL J. MADIGAN, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY SUBPOENAED INDIVIDUALS SHOULD NOT BE FOUND IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH SUBPOENA**

Defendants Joe Barbosa and Graciela Rodriguez, by and through their attorneys, and pursuant to Federal Rules of Civil Procedure ("Rule") 45(c), 45(e) and 37(b)(2)(A)(vii), hereby moves this Court for an order to show cause why Denise Pacini (who was an objector to the candidacy of Joe Barbosa and organized other objectors to object to both Barbosa and Rodriguez candidacies before the Electoral Board) should not be held in contempt of Court for failure to timely comply with a subpoena for deposition issued to it from this Court.

Defendants counsel issued and served via certified mail a subpoena to Denise Pacini for deposition to take place on August 14, 2018 (the green card showing delivery is attached hereto as Exhibit A.) Ms. Pacini prior to that date spoke with counsel at Hinshaw Culbertson, where the deposition was scheduled to take place, and said she would not be able appear on that date due to a medical reason. Subpoenaed witness Vanessa Simonivic, who did appear for her deposition on August 14, 2018, stated that Ms. Pacini had driven her to go swimming with her earlier that day. Since that time counsel for Defendants Barboza and Rodriguez have attempted to reach Denise Pacini by leaving multiple phone messages at the phone number identified as hers, and by

requesting that she reschedule the deposition by letter sent to her (a true and correct copy of the letter is attached as Exhibit B). She has not responded to any phone messages. The First Class mail letter has not been returned by the post office. Denise Pacini should be found to be in civil contempt of this Court for her willful disregard of a Court-authorized subpoena. (A true and correct copy of the subpoena is attached hereto as Exhibit C and made a part hereof.) Under Rule 45, she would have been required to assert any objections to the subpoena within fourteen (14) days of service. Fed. R. Civ. P. 45(c)(2)(B).

    Defendants' counsel has sent a copy of this motion via First Class U.S. Mail to the Denise Pacini at her home address.

    A subpoena issued out of this Court is a Court order. See Rule 45(a)(3). Denise Pacini has failed to comply with the subpoena for her deposition.

    This "issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena." Rule 45(e). Plaintiff therefore respectfully requests that this Court enter an order to show cause why Denise Pacini should not be found in contempt of Court for failure to comply with the subpoena. Plaintiff further moves that the Court order Denise Pacini to appear for her deposition within 7 days.

                                                          Respectfully Submitted,

                                                          s/ <u>James P. Nally</u>

                                                          s/<u>Scott Erdman</u>

James P Nally PC
8 South Michigan Ave.
Chicago, IL 60603
312-422-5560
jpnlaw@att.net
Scott Erdman
8 South Michigan Ave.
Chicago, IL 60603
Erdman@erdmanlawoffices.com