UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON GONZALES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. MADIGAN, FRIENDS OF ) <br> MICHAEL J. MADIGAN, 13TH WARD ) <br> DEMOCRATIC ORGANIZATION, SHAW ) <br> DECREMER, SILVANA TABARES, JOE ) <br> BARBOSA, and GRASIELA RODRIGUEZ, ) <br> ) <br> Defendants. ) | Case No. 16-CV-7915 <br><br> Judge: Matthew F. Kennelly |

**DEFENDANTS' AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Defendants Michael J. Madigan, Friends of Michael J. Madigan, and 13th Ward Democratic Organization (collectively hereinafter "Defendants"), by and through their undersigned attorneys, respectfully move this Honorable Court, pursuant to Federal Rule of Civil Procedure 26(c), for entry of Defendants' Agreed Protective Order to govern the inspection of the premises at 6500 South Pulaski Road and 6014 South Central Avenue ("Inspection") and the photographs taken and measurements established during the Inspection, and, in support thereof, Defendants state as follows:

1. Inspection commenced and concluded on January 29, 2019.

2. Prior to Inspection, Defendants and Plaintiff agreed to a protective order as to the use of the photographs taken and measurements established during Inspection.

3. Pursuant to this Court's standing order, Defendants electronically submitted their agreed proposed protective order to the Court.

4. Federal Rule of Civil Procedure 26(c)(1) allows this Court, for good cause, to issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including forbidding inquiry into certain matters, and/or limiting the scope of disclosure or discovery to certain matters, and/or requiring that a deposition be sealed and opened only on court order. The Supreme Court has recognized that Fed. R. Civ. P. 26(c) allows for protection from annoyance and embarrassment, and while Rule 26(c) does not contain a specific reference to privacy, privacy is "implicit in the broad purpose and language of the Rule." *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 33 (1984) at 35, n.21.

5. The photographs taken and measurements established during Inspection require additional protections due to privacy concerns. The First Amendment privilege protects political organizations from discovery that would infringe on their associational rights. *In re Heartland Institute*, No. 11 C 2240, 2011 U.S. Dist. LEXIS 51304, at *5-6 (N.D. Ill. May 13, 2011).

6. Therefore, Defendants request entry of their agreed proposed protective order.

7. Plaintiff is in agreement with Defendants' proposed protective order.

WHEREFORE, Defendants respectfully request that this Honorable Court enter their agreed proposed protective order and for any further relief this Court deems appropriate.

Date: January 31, 2019

Respectfully submitted,

DEFENDANT MICHAEL J. MADIGAN,

By: /s/ *Vincent Michael Rizzo*
One of his attorneys

303169299v2 1002097

Robert T. Shannon
Adam R. Vaught
Vincent M. Rizzo
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Telephone: 312-704-3000
vrizzo@hinshawlaw.com
*Attorneys for Michael J. Madigan*

                         DEFENDANTS FRIENDS OF MICHAEL
                         J. MADIGAN AND 13TH WARD
                         DEMOCRATIC ORGANIZATION,

                         By: /s/ *Michael J. Kasper*
                         One of their attorneys

Michael J. Kasper
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3292
mjkasper60@mac.com
*Attorney for Friends of Michael J. Madigan
and 13th Ward Democratic Organization*

3