IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I **William Rivera** being first duly sworn, depose and say: that i am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service } for: **Michael Kuba** & Unkown Occupaints

☑ Residence: **1060 E 41st Pl** apt- **405**

☐ Business: **Chicago, Il 60653** Phone: _____

with (List Documents) Alias / **Ordere To Show - Michael . K** Case# **16-CV-7915**

☑ I Served Personaly a Copy of the SUMMONS / SUBPONENA / CITATION / COMPLAINT:

TO: **Michael Kuba**

☑ 1 Defendant / Respondent ☐ 2 Son ☐ 3 Daughter ☐ 4 Unkown Occupaints

☑ Serve Personal: By personally delivering copies to the person being served on **2-15-**, 20**19**

At **2:30** am/**pm**, I SERVED Defendant: **Michael Kuba** at **1060 E 41st PL**, IL In the following manner:

☐ Substituted at Residence By leaving copies at the dwellling house or usual place of abode of the person being served with a family member of the over the age of **13** and explaining the general nature of the papers.
Serve Substituted: _____ on _____ ,20____ on _____ an/pm

☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof: _____

☐ Posting By posting copies in a conspicuous manner to the front door of the person/entity being served

☐ Mail There afther copies of the documents were mailed by prepaid, first class mail on _____ # _____

☐ > NON- SERVICE Afther due search, careful inquiry and diligent attempts at the address listed above, I have > Been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown Adddress ☐ Move out _____ ☐ Wont: Answer / Or Open Door

COMMENTS: _____

Description: Age **65** Sex **M** Race **W** Height **5'7** Weight **210** Hair **white** Bold ___
Mustache ___ Beard ✓ Eyes ___ Tattoos ___ Scars ___ Glasses ___

PRINT NAME X **Michael Kuba** SIGN HERE X **Michael Kuba**
Signture of the person that was Served for Documents (Defendant / Unkown Occupaints)

Under penalties as provided by law pursant to Section 1-109 of the Code of Civil Procedure, the undersigned certifes that statements set forth in this instrumnt are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certiffes as aforsaid that (s)he verify believes the same to be true

SUBSCRIBED AND SWORN to before me this **15th** of **FEB** ,20 **19** Proved to me on this basis of satisfactory evidenceto be the person) who apppeared before me.

Special Process Server
( PERC# 129.375853)

Signature of notary public
NOTARY PUBLIC for the State of **IL**

CHARLES E WINANS
Official Seal
Notary Public - State of Illinois
My Commission Expires May 21, 2020