UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jason Gonzalez
                      Plaintiff,

v.                                         Case No.: 1:16–cv–07915
                                                                   Honorable Matthew F. Kennelly

Michael J. Madigan, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 21, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Show cause hearing held on 3/21/2019. Joseph Nasella and Michael Kuba do not appear and are held in contempt for failing to comply with deposition subpoena. Plaintiff is directed to submit separate draft orders for Writ of Body Attachments for Joseph Nasella and Michael Kuba. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.