**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Jason Gonzalez

        Plaintiff,

v.                 Case No.: 1:16−cv−07915
                 Honorable Matthew F. Kennelly

Michael J. Madigan, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 30, 2019:

   MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 4/30/2019. Motion to reopen discovery [263] is granted. Plaintiff is given leave to reopen discovery to take the deposition as stated in open court. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.