**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Jason Gonzalez
                         Plaintiff,

v.                                                       Case No.: 1:16–cv–07915
                                                                Honorable Matthew F. Kennelly

Michael J. Madigan, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 7, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: The ruling date of 8/8/2019 is vacated, as the Court is not yet prepared to rule on the pending motions. A written ruling will be issued in due course. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.