# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

JASON GONZALES,

Plaintiff(s),

v.

MICHAEL J. MADIGAN, FRIENDS OF
MICHAEL J. MADIGAN, 13TH WARD
DEMOCRATIC ORGANIZATION, SHAW
DECREMER, SILVANA TABARES,
RAY HANANIA, JOE BARBOSA, and
GRACIELA RODRIGUEZ,

Defendant(s).

Case No. 16 C 7915
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of defendant and against plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion.

Date: 8/23/2019

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk