# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Jason Gonzalez

                        Plaintiff,

v.                                                             Case No.: 1:16–cv–07915
                                                                      Honorable Matthew F. Kennelly

Michael J. Madigan, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, May 23, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court denies plaintiff's motion for reconsideration [302]. Plaintiff's motion consists of rearguing points the Court already considered and rejected, disagreement with the Court#039;s resolution of disputed legal issues, and points not made during the summary judgment briefing. None of these is a proper basis for reconsideration. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.